# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE NOLAN LOGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE I, et al.,<br><br>        Defendants. | CASE NO. 1:02-CV-06428-AWI-SMS-P<br><br>ORDER LIFTING STAY AND DIRECTING DEFENDANT ADAMS TO FILE A RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>(Docs. 49 and 70) |

      Plaintiff DeWayne Nolan Logan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the Court's order of March 3, 2004, this action is proceeding on Plaintiff's second amended complaint, filed January 24, 2003, against Defendant Adams ("Defendant") on Plaintiff's claim of denial of access to the courts. (Doc. 49.) On April 27, 2004, the Honorable Anthony W. Ishii granted Defendant's request for certification for interlocutory appeal, certified this action for interlocutory appeal, and stayed this action. (Doc. 51.) On January 12, 2006, the Ninth Circuit granted Defendant's motion for voluntary dismissal of his appeal. (Doc. 70.)

      In light of the dismissal of Defendant's interlocutory appeal, it is HEREBY ORDERED that the stay is lifted, and within **thirty (30) days** from the date of service of this order, Defendant Adams

///
///
///
///

1 shall file a response to Plaintiff's second amended complaint, in compliance with Judge Ishii's order
2 of March 3, 2004.

4 IT IS SO ORDERED.

5 **Dated:     February 16, 2006**                     /s/ Sandra M. Snyder
  icido3                                                                 UNITED STATES MAGISTRATE JUDGE