# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE NOLAN LOGAN, | CASE NO. 1:02-cv-06428-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION TO STRIKE AS MOOT |
| v. | (Doc. 87) |
| JOHN DOE I, et al., | |
| Defendants. | |

On April 6, 2007, defendant Adams filed a motion to strike plaintiff's surreply. In light of the fact that the court issued a Findings and Recommendations addressing defendant's motion for summary judgment and did not consider plaintiff's surreply, defendant's motion to strike is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   April 17, 2007**           /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

1