UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE NOLAN LOGAN,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>JOHN DOE I, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | 1:02-cv-06428-AWI-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 89)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** (Doc. 82)<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANT** |

　　　Plaintiff DeWayne Nolan Logan ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On April 18, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 18, 2007, is ADOPTED IN FULL;
2. Defendant's motion for summary judgment, filed March 9, 2007, is GRANTED, thus concluding this action in its entirety; and
3. The Clerk of the Court shall enter judgment for defendant.

IT IS SO ORDERED.

**Dated:   June 30, 2007**             /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE